1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  BERT THOMPSON, an        )   Case No. EDCV 11- 01800VAP
    individual ,             )   (OPx)
12                           )
              Plaintiff,     )   **JUDGMENT**
13                           )
       v.                    )
14                           )
    NEW CENTURY MORTGAGE,    )
15  etc., et al.,            )
                             )
16            Defendants.    )
    _____))
17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      Pursuant to the Order filed herewith, IT IS ORDERED
20  AND ADJUDGED that Plaintiff's Complaint is DISMISSED
21  WITHOUT PREJUDICE as to Defendant NDeX West, LLC.  The
22  Court orders that such judgment be entered.
23
24
25  Dated:  January 10, 2012        _____
                                         VIRGINIA A. PHILLIPS
26                                    United States District Judge
27
28