```
 1
 2
 3
 4
 5
 6
 7                              JS-6
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  BERT THOMPSON,            )  Case No. EDCV 11-01800VAP
                              )  (OPx)
12           Plaintiff,       )
                              )  JUDGMENT
13     v.                     )
                              )
14  NEW CENTURY MORTGAGE, et  )
    al.,                      )
15                            )
             Defendants.      )
16  _____)
17
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 9, 2012

                                              VIRGINIA A. PHILLIPS
                                      United States District Judge